UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUMMER DAWN TURNER,

              Plaintiff,

   v.

BCFORWARD, *et al.*,

              Defendants.

Case No. C22-357-JCC

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff Summer Dawn Turner has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 6.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 6) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

      Dated this 5th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1